1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   Eileen Ramirez,                    )   CASE NO.: 2:12-cv-09697-SVW-FFM
                                        )
12          Plaintiff                   )   ORDER DISMISSING ACTION
                                        )   PURSUANT TO NOTICE OF
13          vs.                         )   SETTLEMENT
                                        )
14   City of Oxnard et al,              )
                                        )            JS - 6
15          Defendant.                  )
                                        )
16   _____)

17          The Court having been advised by the parties that the above-entitled action has

18   been settled;

19          IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

20

21          IT IS SO ORDERED.

22

23   Dated:  September 20, 2013
                                        _____
24                                       STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28